

MURIEL GOODE-TRUFANT
*Acting Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

MARTHA NIMMER
Tel.: (917) 499-8632
mnimmer@law.nyc.gov

June 26, 2024

**VIA ECF**
Hon. John G. Koeltl
Southern District of New York
500 Pearl Street
New York, NY 10007

*ADJOURNED TO TUESDAY,
SEPTEMBER 24, 2024, AT 12:00PM.
SO ORDERED.*

*[signature]*
*6/28/24*

Re:   *B.C. v. N.Y.C. Dep't of Education*, 24-cv-723 (JGK)(RFT)

Dear Judge Koeltl:

I am a Special Assistant Corporation Counsel in the Office of Acting Corporation Counsel, Muriel Goode-Trufant, attorney for Defendant in the above-referenced action, wherein Plaintiff seeks solely attorneys' fees, costs and expenses for legal work on an administrative hearing under the Individuals with Disabilities Education Act, 20 U.S.C. § 1400, *et seq*., as well as for this action.

Defendant writes to respectfully request that the July 2, 2024 initial conference be adjourned to August 16, 2024, or a date thereafter more convenient for the Court. Plaintiff consents to this request. This is the first request for an adjournment of the initial conference. The requested adjournment will give the parties time to engage in settlement discussions. Additionally, holding the conference after Defendant has answered will conserve judicial resources. The parties are hopeful that they can settle this matter without further burden on the Court's time.

Accordingly, Defendant respectfully requests that the initial conference date be extended from July 2, 2024 to August 16, 2024. Thank you for considering this request.

Respectfully submitted,

/s/
Martha Nimmer, Esq.
Special Assistant Corporation Counsel

cc:   Michele Kule-Korgood, Esq. (via ECF)